UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUILLON EDWARD CLEMONS,

                Plaintiff,

   v.

SHERIFF PAUL PASTOR, MARTHA KARR, JUDY SNOW, MAURY SCOTT, and OFFICER NEILS,

                Defendants.

No. C11-5133 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 15th day of April, 2011.

                                          BENJAMIN H. SETTLE
                                          United States District Judge
                                          for Ronald B. Leighton

ORDER - 1