# United States District Court

WESTERN DISTRICT OF WASHINGTON

QUILLON EDWARD CLEMONS,

              v.

SHERIFF PAUL PASTOR, MARTHA KARR, JUDY SNOW, MAURY SCOTT, and OFFICER NEILS,

JUDGMENT IN A CIVIL CASE

Case No. C11-5133 RBL/KLS

     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

| April 18, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                        *s/ Mary Trent*
                                        Deputy Clerk